

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2021

No. 04-21-00171-CV

Leticia **RODRIGUEZ** 'Cross-Appellee',
Appellant

v.

Lydia **RODRIGUEZ** and Robert Pereida 'Cross-Appellants',
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

A copy of appellant/cross-appellee Leticia Rodriguez's notice of appeal was filed in this court on April 30, 2021. A copy of appellees/cross-appellants Lydia Rodriguez and Robert Pereida's notice of appeal was filed in this court on May 17, 2021. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant/cross-appellee and appellees/cross-appellants in writing that the certificates of service attached to the notices of appeal filed in this appeal do not certify that any court reporter was served. The clerk instructed the appellant/cross-appellee and appellees/cross-appellants to file amended notices of appeal certifying proper service on the responsible court reporter(s). Amended notices of appeal have not been filed.

It is therefore ORDERED that counsel for appellant/cross-appellee, Jennifer Rosenblatt and Elena Serna, and counsel for appellees/cross-appellees, Olga Brown and Sergio Davila, file amended notices of appeal in compliance with section 51.017(a) within ten days from the date of this order. If appellant/cross-appellee fails to file an amended notice of appeal within the time provided, an order will be issued directing Jennifer Rosenblatt and Elena Serna to appear and show cause why they should not be held in contempt for failing to file the amended notices of appeal. If appellees/cross-appellants fail to file an amended notice of appeal within the time

provided, an order will be issued directing Olga Brown and Sergio Davila to appear and show cause why they should not be held in contempt for failing to file the amended notice of appeal.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2021.

_____
Michael A. Cruz,
Clerk of Court